DATE: 7/13/2018          AT: 10:30

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR PRE-MOTION/STATUS CONFERENCE

DOCKET NUMBER: 15-3513

TITLE: KAIL -V- WOLF APPLIANCE

DOCKET NUMBER: 18-1723

TITLE: SHARP -V- WOLF APPLIANCE


APPEARANCES:
FOR PLAINTIFF(S): MARK REICH, VINCENT SERRA

FOR DEFENDANT(S): ANNE SEKEL

REPORTER: M. STEIGER


| | |
|---|---|
| X | CASE CALLED. COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY _____ |
| | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| X | NEXT CONFERENCE SET FOR 7/20/2018 AT 3:00PM (PHONE) |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____ |
| | MOTION TO BE FILED BY __/__/2018; RESPONSE BY __/__/2018; REPLY BY __/__/2018. |
| | JURY SELECTION SET FOR __/__/2018 AT 9:30AM BY LAW CLERK |
| | TRIAL SET FOR _____ |
| X | OTHER: MOTION [15] TO STAY ON CV18-1723 IS DENIED. |