DATE: __7/20/2018__   AT: __3:00__

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR PRE-MOTION/STATUS TELEPHONE CONFERENCE</u>

DOCKET NUMBER: __15-3513__

TITLE: __KAIL -V- WOLF APPLIANCE__

DOCKET NUMBER: __18-1723__

TITLE: __SHARP -V- WOLF APPLIANCE__

APPEARANCES:
FOR PLAINTIFF(S): __MARK REICH, VINCENT SERRA__

FOR DEFENDANT(S): __ANNE SEKEL__

REPORTER: M. STEIGER

| | |
|---|---|
| __X__ | CASE CALLED. COUNSEL FOR ALL SIDES PRESENT. |
| ____ | COUNSEL FOR _____ NOT PRESENT. |
| __X__ | CONFERENCE HELD. |
| ____ | DISCOVERY TO BE COMPLETED BY_____ |
| ____ | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
| ____ | NEXT CONFERENCE SET FOR__/__/2018 AT  :  M (PHONE) |
| ____ | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____ FOR_____ |
| ____ | MOTION TO BE FILED BY __/__/2018; RESPONSE BY __/__/2018; REPLY BY __/__/2018. |
| ____ | JURY SELECTION SET FOR __/__/2018 AT 9:30AM BY LAW CLERK |
| ____ | TRIAL SET FOR_____ |
| __X__ | OTHER: ORDER TO BE ISSUED. |