

ATTORNEYS AT LAW
SUITE 5000
150 EAST GILMAN STREET
MADISON, WI 53703-1482
POST OFFICE BOX 1497
MADISON, WI 53701-1497
608.257.5035 TEL
608.258.4258 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
608.258.4208
gdavenport@foley.com EMAIL

CLIENT/MATTER NUMBER
023015-0278

February 15, 2019

**Via ECF**

Hon. Gary R. Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

    Re: *Sharp v. Wolf Appliance, Inc.*, No. 1:18-cv-01723 (JS) (GRB)

Dear Magistrate Brown:

  I write pursuant to Local Civil Rule 1.4 to request an order granting leave for me to withdraw as counsel for defendant Wolf Appliance, Inc. As stated in the attached declaration, I am leaving private practice on February 15, 2019. Wolf will continue to be represented in this matter by my law firm, with Anne Sekel and Megan Stelljes continuing as counsel of record. I am not asserting a retaining or charging lien against Wolf. In terms of the procedural posture of the case, two dispositive motions are pending and ripe for decision (*see* ECF Nos. 66 and 67), and class certification is currently being briefed (*see* ECF No. 82).

  Wolf is aware of these facts, and I have provided Wolf with a copy of this letter. Copies of this letter and the accompanying declaration will be served on the plaintiffs' counsel via the Court's ECF system.

              Very truly yours,

              /s/ *Matthew R. Lynch*

              Matthew R. Lynch

Enclosure
cc: All Counsel of Record (Via ECF)

AUSTIN   DETROIT   MEXICO CITY   SACRAMENTO   TAMPA
BOSTON   HOUSTON   MIAMI   SAN DIEGO   WASHINGTON, D.C.
CHICAGO   JACKSONVILLE   MILWAUKEE   SAN FRANCISCO   BRUSSELS
DALLAS   LOS ANGELES   NEW YORK   SILICON VALLEY   TOKYO
DENVER   MADISON   ORLANDO   TALLAHASSEE

4846-3460-8520.1