**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREDERICK I. SHARP, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>WOLF APPLIANCE, INC.,<br><br>Defendant. | Civil Action No. 1:18-CV-01723-JS-GRB |

**DECLARATION OF MATTHEW R. LYNCH**

I, Matthew R. Lynch, declare as follows:

1. I am an attorney at the law firm of Foley & Lardner LLP and am one of the attorneys representing Defendant Wolf Appliance, Inc. ("Wolf") in the above-captioned matter. I make this declaration in support of my letter-motion requesting an order granting leave for me to withdraw as counsel for Wolf in this matter.

2. I am leaving private practice on February 15, 2019, to accept a position with the Wisconsin state government.

3. Wolf will continue to be represented in this matter by my law firm, with Anne Sekel and Megan Stelljes continuing as counsel of record.

4. I am not asserting a retaining or charging lien against Wolf.

5. Wolf is aware of my departure, and I have provided Wolf with a copy of the letter-motion referenced above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2019

*/s/ Matthew R. Lynch*
Matthew R. Lynch

4841-9663-1432.1